**DENY; and Opinion Filed January 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00122-CV

## IN RE ROBERT E. RODRIGUEZ, Relator

### On Original Proceeding from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-80180-2014

# MEMORANDUM OPINION
Before Justices Lang-Miers, Fillmore, and Brown
Opinion by Justice Fillmore

Before the Court is relator's January 30, 2015 petition for writ of mandamus. In his petition, relator contends the trial court abused its discretion by denying his motion to dismiss the indictment in cause number 296-80180-2014 because it was obtained by a prosecutor who was disqualified at the time the indictment was presented to and obtained from the grand jury and the indictment is void. According to relator, a void indictment "does not vest the trial court with jurisdiction, therefore the trial court is powerless to act on such an indictment or force a defendant to go to trial on such an indictment." Relator maintains the trial court's denial of his motion to dismiss is a clear abuse of discretion and itself a void order, and that mandamus should issue to correct the trial court's void order and dismiss the void indictment. Relator has failed to show entitlement to relief by mandamus. *See In re McCann*, 422 S.W.3d 701, 704 (Tex. Crim. App. 2013)(orig. proceeding) (mandamus relief may be granted if a relator shows that (1) the act

sought to be compelled is purely ministerial, and (2) there is no adequate remedy at law.); *In re State ex. re. Weeks*, 391 S.W.3d 117, 121-23 (Tex. Crim. App. 2013) (orig. proceeding) (same).

Accordingly, we deny relator's petition for writ of mandamus.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150122F.P05